```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21711
   LISA M JONES
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8219

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 11/19/2007 and was confirmed 01/16/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was converted to chapter 7 after confirmation 07/15/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
NISSAN MOTOR ACCEPTANCE    SECURED VEHIC          .00           .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED           382.40           .00           .00
NISSAN MOTOR ACCEPTANCE    UNSECURED              .00           .00           .00
ASSET ACCEPTANCE LLC       UNSECURED          5278.30           .00           .00
CAPITAL ONE                UNSECURED          1497.39           .00           .00
H&F LAW                    UNSECURED        NOT FILED           .00           .00
I C COLLECTION SERVICE     UNSECURED        NOT FILED           .00           .00
MIDLAND CREDIT MANAGEMEN   NOTICE ONLY      NOT FILED           .00           .00
NCO FINANCIAL              UNSECURED           270.00           .00           .00
NCO FINANCIAL              UNSECURED        NOT FILED           .00           .00
OSI COLLECTION SERVICES    UNSECURED        NOT FILED           .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          1356.50           .00           .00
UNIVERSAL FIDELITY CORP    UNSECURED        NOT FILED           .00           .00
ECMC                       UNSECURED         28161.93           .00           .00
XLS GRADUATE LEVERAGE      UNSECURED        NOT FILED           .00           .00
ASSET ACCEPTANCE LLC       UNSECURED          2601.29           .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,464.00                      445.84
TOM VAUGHN                 TRUSTEE                                          38.77
DEBTOR REFUND              REFUND                                             .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  484.61

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     445.84
TRUSTEE COMPENSATION                                38.77
DEBTOR REFUND                                         .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 21711 LISA M JONES
```

```
                             ---------------     ---------------
TOTALS                              484.61              484.61
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 10/22/08               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 07 B 21711 LISA M JONES